NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNE JOHNSON,<br><br>             Plaintiff-Appellant,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.;<br>UNKNOWN PARTIES,<br><br>             Defendants-Appellees. | No. 19-16176<br><br>D.C. No. 2:18-cv-02819-JJT<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
John Joseph Tuchi, District Judge, Presiding

Submitted July 14, 2020[**]

Before:    CANBY, FRIEDLAND, and R. NELSON, Circuit Judges.

June Johnson appeals pro se from the district court's order dismissing her

diversity action alleging foreclosure-related claims.  We have jurisdiction under 28

U.S.C. § 1291.  We review for an abuse of discretion a dismissal pursuant to

Federal Rule of Civil Procedure 41(b).  *Pagtalunan v. Galaza*, 291 F.3d 639, 640

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2002).  We affirm.

The district court did not abuse its discretion by dismissing with prejudice Johnson's action because Johnson failed to comply with the district court's order to provide full and complete discovery responses, despite a warning that failure to comply would result in dismissal.  *See id.* at 642 (discussing factors to be considered before dismissing an action for failure to comply with a court order).

**AFFIRMED.**